Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0238/AR. U.S. v. Terrance T. Johnson. CCA 20140297. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0239/AR. U.S. v. Marcus L. Pretlow. CCA 20150220. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0245/AR. U.S. v. Terry J. Ayers. CCA 20160362. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0248/AR. U.S. v. Anthony T. Davenport. CCA 20150322. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues III, IV, and V, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0249/AR. U.S. v. Olyn V. Lowrey. CCA 20150466. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0256/AR. U.S. v. Jason E. Dunham. CCA 20150467. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the assigned issue, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0258/AR. U.S. v. Keevan D. Tyson. CCA 20160580. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0305/AR. U.S. v. Marcus A. Barksdale, Jr. CCA 20160587. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on issue two raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and the decision of the United States Army Court of Criminal Appeals is affirmed.